UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

&mdash; against &mdash;

DIN CELAJ et al.,

Defendants.

07 Cr. 837 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government requests that the next conference for defendants be scheduled for March 14, 2008 at 2:30 p.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 14, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated: New York, New York
       21 December 2007

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-07